IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

    Plaintiff,                    No. CIV S-06-0427 GEB KJM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a completed application to proceed in forma pauperis.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 14, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order to file a completed application to proceed in forma pauperis based on this court's April 26, 2006 order.

DATED:  June 15, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

1
sier0427.36