IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

        Plaintiff,                    No. CIV S-06-0427 GEB KJM P

   vs.

C.A. TERHUNE, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be

1

1  collected and forwarded by the appropriate agency to the Clerk of the Court each time the
2  amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3  § 1915(b)(2).
4        The court is required to screen complaints brought by prisoners seeking relief
5  against a governmental entity or officer or employee of a governmental entity.  28 U.S.C.
6  § 1915A(a).  However, the court cannot screen plaintiff's complaint because it is not legible.
7  Plaintiff's writing is too small, and the letters so close together as to impair comprehension.
8  Plaintiff's complaint will be dismissed and plaintiff will be given thirty days within which to file
9  an amended complaint.  If plaintiff fails to file an amended complaint which is legible within
10 thirty days this action will be dismissed.
11        On March 1, 2006, plaintiff filed a "motion for order of joinder of claims."  This
12 document is also not legible and will be denied without prejudice.
13        On September 21, 2006, plaintiff filed a motion for a temporary restraining order.
14 Again, the court cannot read this document and it will be denied.  In fact, the court either cannot
15 read or has a very hard time reading all of the materials submitted by plaintiff thus far.  If
16 plaintiff fails to draft legible documents in the future, plaintiff is warned this action will be
17 dismissed.
18        In accordance with the above, IT IS HEREBY ORDERED that:
19        1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
20        2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.
21 The fee shall be collected and paid in accordance with this court's order to the Director of the
22 California Department of Corrections and Rehabilitation filed concurrently herewith.
23        3.  Plaintiff's complaint is dismissed.
24        4.  Plaintiff is granted thirty days from the date of service of this order to file an
25 amended complaint that complies with the requirements of the Civil Rights Act, the Federal
26 Rules of Civil Procedure, the Local Rules of Practice and is fully legible; the amended complaint

1 | must bear the docket number assigned this case and must be labeled "Amended Complaint";
2 | plaintiff must file an original and two copies of the amended complaint; failure to file an
3 | amended complaint in accordance with this order will result in a recommendation that this action
4 | be dismissed.
5 |     5.  Plaintiff's March 1, 2006 "motion for order of joinder of claims" is denied.
6 |     6.  Plaintiff's September 21, 2006 motion for a temporary restraining order is
7 | denied.
8 |     7.  The Clerk of Court is directed to send plaintiff the form for use in filing civil
9 | rights actions in this district.
10 | DATED:  May 3, 2007.

_____
U.S. MAGISTRATE JUDGE

1
sier0427.14(9.21.06)

3