IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLAN SIERRA,

      Plaintiff,                          No. CIV S-06-0427 GEB KJM P

    vs.

C.A. TERHUNE, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

        In addition, plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 4, 2007. Good cause appearing, plaintiff's request will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's June 7, 2007 motion for the appointment of counsel is denied;

2. Plaintiff's June 7, 2007 motion for an extension of time is granted; and

3. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

DATED: June 15, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
sier0427.31+36