IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

     Plaintiff,                            No. CIV 06-00427 ALA P

    vs.

C. A. TERHUNE, et al.,

     Defendants.                   <u>ORDER</u>

_____/

     Plaintiff requests a thirty-day extension of time to file his amended complaint which, pursuant to this Court's June 15, 2007 order, was due on August 14, 2007.  He contends that he needs the extension because he has been denied access to the prison library, the library lacks certain materials, and he has been denied needed access to a wheelchair.  These allegations satisfy the "cause" requirement of Rule 6(b) of the Federal Rules of Civil Procedure for granting an extension of time.

     For the foregoing reasons, IT IS HEREBY ORDERED that:

     1.  Plaintiff's request for an extension of time is granted; and

///

///

///

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: August 15, 2007

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT  JUDGE
                                            Sitting by Designation