IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

    Plaintiff,                    No. CIV 06-00427 ALA

vs.

C. A. TERHUNE, et al.,

    Defendants.              <u>ORDER</u>

_____/

      Plaintiff requests a thirty-day extension of time to file his amended complaint which, pursuant to this Court's August 15, 2007 order, is due on September 14, 2007. He contends that he needs the extension because he has been denied needed access to a wheelchair and is therefore unable to travel to the prison library. These allegations satisfy the "cause" requirement of Rule 6(b) of the Federal Rules of Civil Procedure for granting an extension of time.

      For the foregoing reasons, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time is granted; and

///

///

///

///

2. Plaintiff is granted thirty days from September 14, 2007 in which to file an amended complaint.

DATED: September 5, 2007

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT  JUDGE
                                              Sitting by Designation