IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

    Plaintiff,                    No. CIV S-06-0427 ALA P

    vs.

C.A. TERHUNE, et al.,

    Defendants.           <u>ORDER</u>

_____/

    On May 4, 2007, Plaintiff's complaint was dismissed because the complaint was not legible. Plaintiff was given thirty days to file an amended complaint. On June 15, 2007, Plaintiff was granted a sixty day extension of time to file his amended complaint. On September 6, 2007, Plaintiff was granted an additional thirty days to file his amended complaint. Plaintiff now requests an additional sixty days to file his amended complaint.

    This court finds Plaintiff has been given ample opportunity to file his amended complaint. Plaintiff is reminded that his original complaint was dismissed not for legal reasons, but because it was not legible. One hundred and twenty days are more than sufficient to draft a legible complaint.

/////

    IT IS HEREBY ORDERED that:

        1. Plaintiff's September 14, 2007, motion for an extension of time is denied; and

2. Plaintiff shall file his amended complaint on or before October 16, 2007.

DATED: September 24, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation