IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

        Plaintiff,                    No. CIV S-06-0427 ALA P

      vs.

C.A. TERHUNE, et al.,

        Defendants.           ORDER

_____/

On May 4, 2007, Plaintiff's complaint was dismissed because the complaint was not legible. Plaintiff was given thirty days to file an amended complaint. On June 15, 2007, Plaintiff was granted a sixty day extension of time to file his amended complaint. On September 6, 2007, Plaintiff was granted an additional thirty days to file his amended complaint. On September 14, 2007, Plaintiff filed a motion requesting a sixty day extension of time. That request was denied on September 24, 2007.

Plaintiff filed a second motion requesting an extension of time on September 20, 2007. This motion provides significantly more information as to Plaintiff's need for an extension of time. On October 5, 2007, Plaintiff filed a motion for reconsideration of the court's September 24, 2007 order.

Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 20, 2007, motion for an extension of time is granted;

1      2.  Plaintiff's October 5, 2007 motion for reconsideration is denied as moot; and

2      3.  Plaintiff shall file his amended complaint within sixty-three (63) days of the

3 date of this order.

4 /////

5 DATED: November 2, 2007

6

7                                  /s/ Arthur L. Alarcón
                                   UNITED STATES CIRCUIT JUDGE
8                                  Sitting by Designation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26