IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

        Plaintiff,               No. CIV S-06-0427 ALA P

    vs.

C.A. TERHUNE, et al.,

        Defendants.        <u>ORDER</u>

_____/

      Plaintiff Kenneth Sierra is a state prisoner proceeding pro se and in forma pauperis in this civil rights actions pursuant to 42 U.S.C. § 1983.  On February 21, 2008, plaintiff requested an additional fifteen days to file his amended complaint.  Plaintiff also requested a temporary restraining order.  For the reasons stated below, both requests will be denied.

      On May 4, 2007, plaintiff's complaint was dismissed because the complaint was not legible.  Plaintiff was given thirty days to file an amended complaint.  On June 15, 2007, plaintiff was granted a sixty day extension of time to file his amended complaint.  On September 6, 2007, plaintiff was granted an additional thirty days.  On November 2, 2007, plaintiff was granted an additional sixty-three days.  Finally, on January 4, 2008, plaintiff was yet again granted sixty-three days to file an amended complaint.  Plaintiff now seeks additional time.

      The court has been waiting for plaintiff to file his amended complaint for over nine

1   months.  Even under difficult conditions involving complex matters, it should not take plaintiff

2   nine months to make an illegible complaint legible.

3      Now plaintiff asks this court to impose a temporary restraining order against defendants

4   who are unaware of this action because plaintiff has not crafted a valid complaint.  This court

5   will not entertain such a request.

6   /////

7      Therefore, IT IS HEREBY ORDERED that:

8        1.  Plaintiff's February 21, 2008, motion for a temporary restraining order is

9   DENIED;

10       2.  Plaintiff's February 21, 2008, motion for an extension of time is DENIED; and

11       3.  Plaintiff is reminded that failure to file an amended complaint within the

12  allotted time may result in dismissal.

13  /////

14  DATED: February 25, 2008

15

16          /s/ Arthur L. Alarcón

17          UNITED STATES CIRCUIT JUDGE
            Sitting by Designation

18

19

20

21

22

23

24

25

26