IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

       Plaintiff,              No. CIV S-2:06-00427 ALA P

    vs.

C.A. TERHUNE, et al.,

       Defendants.        <u>ORDER</u>

_____/

      Plaintiff Kenneth Sierra is a state prisoner proceeding pro se and in forma pauperis in this civil rights actions pursuant to 42 U.S.C. § 1983.  On March 14, 2008, plaintiff filed a request to file an amended complaint.  That request is GRANTED.  In a separate order, the first amended complaint has been dismissed with leave to file a second amended complaint.

/////

DATED: March 18, 2008

                           <u>/s/ Arthur L. Alarcón</u>
                           UNITED STATES CIRCUIT JUDGE
                           Sitting by Designation