1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH ALAN SIERRA,

11          Plaintiff,                    Case No. 2:06-00427 ALA (P)

12

13      vs.

14   C. A. TERHUNE, et al.,

15          Defendants.          **ORDER**

16   _____/

17          On April 21, 2008, Plaintiff filed a "Motion For Extension Of Time" to file an amended

18   Complaint. (Doc. 49).  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's

19   request is GRANTED.

20   /////

21   DATED: April 29, 2008

22                                        /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT  JUDGE
23                                        Sitting by Designation

24

25

26

27

28