IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

      Plaintiff,                    No. CIV S-06-0427 GEB KJM P

   vs.

C.A. TERHUNE, et al.,

      Defendants.          <u>ORDER</u>

                              /

        Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of March 18, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 21, 2008 motion for an extension of time (Docket No. 49) is granted; and

        2. Plaintiff is granted fifteen days from the date of this order in which to file and serve his second amended complaint.

DATED:  May 2, 2008.

                                                        U.S. MAGISTRATE JUDGE

1/ak
sier0427.36