IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

        Plaintiff,                        No. CIV S-06-0427 GEB KJM P

    vs.

C. A. TERHUNE, et al.,

        Defendant.                <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se.  Plaintiff asks that the court order California Department of Corrections and Rehabilitation officials to provide him with a "self help litigation manual."  However, plaintiff has not adequately explained what this is and why it is necessary for plaintiff to litigate this action.  Plaintiff's request will be denied.

        Next, plaintiff asks for another extension of time to file a second amended complaint.  Plaintiff's request will be granted but this will be the last extension which will be granted.

        Finally, plaintiff objects to the fifteen page limitation imposed by the judge previously assigned to this case as to the length of plaintiff's second amended complaint.  However, plaintiff presents no cause for overturning the page limitation ruling.  Therefore plaintiff's "objection" will be overruled.

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Plaintiff's "motion for an order directing a state entity to provide a manual" (docket #52) is denied.

3     2. Plaintiff's request for an extension of time (docket #53) is granted. Plaintiff is granted thirty days from the date of this ordered to file his second amended complaint. No further extensions will be granted.

4     3. Plaintiff's objection to the court's imposition of a 15 page limit as to the content of plaintiff's second amended complaint (docket #54) is overruled.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

1
sier0427.36(a)