IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

      Plaintiff,                      2:06-cv-0427-GEB-KJM-P

  vs.

C.A. TERHUNE, et al.,

      Defendants.               <u>ORDER</u>

_____/

        On May 12, 2008, the Magistrate Judge issued an order denying plaintiff's "motion for an order directing a state entity to provide a manual" and objection to the court's imposition of a 15 page limit as to the content of plaintiff's second amended complaint. On June 4, 2008, plaintiff filed a request for reconsideration of that order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's May 12, 2008 ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's June 4, 2008 request for
2 reconsideration is denied.
3 Dated: June 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge