IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

     Plaintiff,                      No. CIV S-06-0427 GEB KJM P

     vs.

C.A. TERHUNE, et al.,

     Defendants.              ORDER

_____/

     Plaintiff has requested an extension of time to file a second amended complaint. In this court's May 2, 2008 order, the court granted plaintiff an extension of time to file his second amended complaint and informed plaintiff that no further extensions would be granted. Nothing in plaintiff's extension requests indicates it is impossible for him to file his second amended complaint by the current deadline or that there is good cause for the granting of another request for an extension. Therefore, IT IS HEREBY ORDERED that plaintiff's motions for an extension of time (docket nos. 57, 58) are denied.

DATED: June 23, 2008.

                                          U.S. MAGISTRATE JUDGE

1/mp
sier0427.36(2)