IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

    Plaintiff,                    No. CIV S-06-0427 GEB KJM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has filed a request for an extension of time to file his second amended complaint. Plaintiff was granted leave to file a second amended complaint on March 18, 2008. He has already been granted three extensions of time and his second amended complaint was due on June 11, 2008.

        Plaintiff asserts that he has not been able to complete his second amended complaint because he has been denied access to legal materials. Good cause appearing, plaintiff will be granted one final extension of sixty days to file his second amended complaint. If plaintiff cannot complete his second amended complaint within sixty days because of the actions of correctional staff, plaintiff shall identify by name who has impeded plaintiff and state with specificity why. Such a statement shall be signed under the penalty of perjury. Plaintiff

/////

is advised that a statement under penalty of perjury that is later found to be untrue, subjects the signator to the full range of sanctions available to the court, including monetary sanctions, dismissal of this action or both. <u>See</u> Fed. R. Civ. P. 11.

Plaintiff is reminded that his second amended complaint may not exceed 15 pages. Plaintiff is also informed that, to this point, his writing has been very difficult to read. Plaintiff must take better care to make the documents he files in this court legible.

Plaintiff's failure to comply with any part of this order will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (docket no. 62) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an second amended complaint. If plaintiff cannot complete his second amended complaint within sixty days because of the actions of correctional staff, plaintiff shall identify by name who has impeded plaintiff and state with specificity why. Such a statement shall be signed under the penalty of perjury.

DATED: July 8, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
sier0427.36sec(2)