IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALAN SIERRA,

    Plaintiff,                    No. CIV S-06-0427 GEB KJM P

    vs.

C.A. TERHUNE, et al.,

    Defendants.             ORDER AND

    _____/    FINDINGS AND RECOMMENDATIONS

        On July 8, 2008 the court granted plaintiff one final 60 day extension of time within which to file the second amended complaint which was originally due on April 29, 2008. Plaintiff has not filed his second amended complaint.

        Although plaintiff has filed documents suggesting his inability to file his second amended complaint is due to the actions of prison officials, plaintiff has not provided the court with sufficiently clear facts to support such a finding. It does appear that plaintiff's ability to file his second amended complaint might be hampered by his health. However, there is nothing the court can do to alleviate this problem considering nothing in any of the documents presented by plaintiff suggest that his claims are exceptional enough to warrant the appointment of counsel. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). Moreover, plaintiff's most recent filing indicates prison officials have provided the information he needs to prepare a second amended complaint; plaintiff

1

1 represented he would be done reviewing the information by the end of October.  At the time this
2 order is being signed, plaintiff still has not filed an amended complaint.  For these reasons, the
3 court will recommend that this action be dismissed without prejudice.

4      IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (#66)
5 is denied; and

6      IT IS HEREBY RECOMMENDED that this action be dismissed without
7 prejudice.

8      These findings and recommendations are submitted to the United States District
9 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
10 days after being served with these findings and recommendations, plaintiff may file written
11 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
12 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
13 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
14 F.2d 1153 (9th Cir. 1991).

15 DATED: December 1, 2008.

_____
U.S. MAGISTRATE JUDGE

18 1/ke
sier0427.frs